AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
#### District of Columbia

| | |
|---|---|
| United States of America<br>v.<br><br>**TERON DEANDRE MCNEIL**<br><br>_____<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) |

Case: 1:23-cr-00073
Assigned To : Kollar-Kotelly, Colleen
Assign. Date : 5/18/2023
Description: Superseding Indictment (B)
Related Case: 23-cr-73 (CKK)

## ARREST WARRANT

**To:** Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   **TERON DEANDRE MCNEIL**                                                                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment      ☑ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☐ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

21 USC 846 - Conspiracy to Distribute and Possess With Intent to Distribute 400 Grams or More of a Mixture and
Substance Containing a Detectable Amount of Fentanyl;
  FORFEITURE: 21 USC § 853(p); and 28 USC § 2461(c)

Zia M. Faruqui
2023.05.18 16:05:15 -04'00'

Date:    05/18/2023

*Issuing officer's signature*

City and state:   **WASHINGTON, D.C.**

ZIA M. FARUQUI, U.S. MAGISTRATE JUDGE
*Printed name and title*

---

### Return

This warrant was received on *(date)* 6/9/2023 , and the person was arrested on *(date)* 6/9/2023
at *(city and state)* WASHINGTON, D.C.  .

Date: 6/9/2023

TFO. _____
*Arresting officer's signature*

Forbes - TFO.
*Printed name and title*